UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of<br><br>CERTAIN SUBSEA<br>TELECOMMUNICATION SYSTEMS AND<br>COMPONENTS THEREOF | Case: 1:18-mc-00058<br>Assigned To : Mehta, Amit P.<br>Assign. Date : 5/30/2018<br>Description: Misc. |
| XTERA, INC., NEPTUNE SUBSEA<br>ACQUISITIONS LTD., AND NEPTUNE<br>SUBSEA IP LTD.,<br>500 W. Bethany Dr. Allen TX 75013<br>Plaintiffs,<br><br>v.<br><br>NEC CORPORATION, NEC NETWORKS &<br>SYSTEM INTEGRATION CORPORATION,<br>AND NEC CORPORATION OF AMERICA,<br>3929 W. John Carpenter Freeway Irving, TX 75063-2909<br>Defendants. | |

**COMPLAINANTS XTERA, INC., NEPTUNE SUBSEA ACQUISITIONS LTD., AND NEPTUNE SUBSEA IP LTD.'S UNOPPOSED MOTION FOR THE COURT TO ISSUE A COMMISSION TO TAKE THE DEPOSITION OF NEC RESPONDENTS AT THE UNITED STATES EMBASSY, TOKYO, JAPAN**

Pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Local Rule 7, Complainants Xtera, Inc., Neptune Subsea Acquisitions Ltd., and Neptune Subsea IP Ltd. (collectively, "Xtera") in *Certain Subsea Telecommunication Systems and Components Thereof*, Investigation No. 337-TA-1098 before the U.S. International Trade Commission, respectfully request that this Court issue a certified Commission that appoints and authorizes any consular officer at the United States Embassy in Tokyo, Japan, to administer any necessary oaths and to take deposition testimony of Respondents NEC Corporation, NEC Networks & System

1

**RECEIVED**

MAY 3 0 2018

Clerk, U.S. District and
Bankruptcy Courts

Integration Corporation, and NEC Corporation of America (individually or collectively, "NEC"), specifically Yasuhide Yukawa, commencing on or about July 6, 2018 at 9:00 a.m.

A draft Commission is attached to this Motion as Exhibit 1 along with a proposed Order of the Court as Exhibit 2. Attached Exhibit 3 is a recommendation (and accompanying order) from the presiding ITC Administrative Law Judge in Investigation No. 337-TA-1098, Clark S. Cheney, requesting that the Court issue the Commission of the scope requested by Complainants to obtain the above-mentioned deposition in connection with discovery for Investigation No. 337-TA-1098.

NEC, Respondents Nokia Corp. and Alcatel Submarine Networks, and ITC Staff do not oppose this motion.

Dated: May 29, 2018

Respectfully submitted,

_____
Yar R. Chaikovsky (TX0072)
Michael C. Hendershot
Philip Ou
Jonas P. Herrell
David T. Okano
Alexander H. Lee
Marc Child
Stephen Tang
PAUL HASTINGS LLP
1117 S. California Avenue
Palo Alto, CA 94304
Tel: (650) 320-1800
Fax: (650) 320-1900

Blair M. Jacobs
Christina A. Ondrick
John Holley
Diva Ranade
Koichiro Kidokoro
PAUL HASTINGS LLP
875 15th St NW
Washington, D.C. 20005
Tel: (202) 551-1700

2

Fax: (202) 551-0451

Hiroyuki Hagiwara
Kyotaro Ozawa
PAUL HASTINGS LLP
Ark Hills Sengokuyama Mori Tower
Fortieth Floor
1-9-10 Roppongi
Minato-ku, Tokyo 106-0032
Tel: (81)-3-6229-6100
Fax: (81)-3-6229-7100

*Counsel for Complainants*
*Xtera Inc., Neptune Subsea Acquisitions Ltd.*
*and Neptune Subsea IP Ltd.*

# Exhibit 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of<br><br>CERTAIN SUBSEA TELECOMMUNICATION SYSTEMS AND COMPONENTS THEREOF | MISC. ACTION NO. |
| XTERA, INC., NEPTUNE SUBSEA ACQUISITIONS LTD., NEPTUNE SUBSEA IP LTD.,<br><br>    Plaintiffs,<br><br>v.<br><br>NEC CORPORATION, NEC NETWORKS & SYSTEM INTEGRATION CORPORATION, AND NEC CORPORATION OF AMERICA,<br><br>    Defendants. | |

**ORDER AND COMMISSION FOR DEPOSITION TO BE TAKEN IN JAPAN**

**TO: ANY CONSUL OR VICE CONSUL OF THE UNITED STATES ASSIGNED TO TOKYO, JAPAN**

Upon the application of Complainants Xtera, Inc., Neptune Subsea Acquisitions Ltd., Neptune Subsea IP Ltd. (collectively, "Xtera") in United States International Trade Commission Investigation No. 337-TA-1098, Certain Subsea Telecommunication Systems and Components Thereof, and pursuant to Article 17 of the United States-Japan Consular Convention, IT IS ORDERED that the depositions on notice of the following witnesses of Respondents NEC Corporation, NEC Networks & System Integration Corporation, and NEC Corporation of America (individually or collectively "NEC"), as well as other corporate representatives of NEC

that may be identified, all of whom will appear voluntarily, be taken at the United States Embassy in Tokyo, Japan:

- Yasuhide Yukawa

commencing on or about 9:00 a.m., July 6, 2018. Pursuant to Fed. R. Civ. P. 28(b)(1)(D), any Consul or Vice Consul of the United States at Tokyo, Japan is hereby commissioned to administer any necessary oath and allow the taking of testimony from the witnesses. The non-Japanese citizens who will attend or assist in the deposition on behalf of Xtera include the following attorneys with Paul Hastings:

>Yar R. Chaikovsky
>Michael C. Hendershot
>Blair M. Jacobs
>Hiroyuki Hagiwara
>Philip Ou
>Jonas P. Herrell
>David T. Okano
>Kyotaro Ozawa
>Alexander H. Lee
>Koichiro Kidokoro
>Marc Child
>Stephen Tang

>Complainants will also bring interpreters to be named at a later date.

>Attorneys from Fish & Richardson P.C. who will attend or assist in the deposition on

behalf of NEC include:

>Timothy Riffe
>Richard Sterba
>Bryan Basso

>The following in-house attorneys from NEC may attend the depositions:

>Ayumi Nishino
>Ryota Adachi
>Hiromi Sato
>Hiroko Ikeda

- 3 -

NEC will also bring interpreters to be named at a later date. Other individuals from NEC's IP department, to be named later, may also attend the depositions.

Non-Japanese citizen Reginald Lucas may attend the depositions on behalf of the U.S. International Trade's Commission Office of Unfair Import Investigations.

The proceedings will be reported, videotaped, and/or interpreted by a vendor to be named later.

Please cause the testimony of said witnesses to be recorded by video and reduced to writing; the depositions to be signed by said witnesses; said deposition testimony to be annexed to your commission and close the same under your seal; and these materials to be returned to this Court with all convenient speed. Alternatively, the parties may agree in writing to have the transcripts prepared and distributed among the parties by the court reporters without further Consulate or judicial involvement.

WITNESS, the Honorable _____, United States Judge of the United States District Court, District of Columbia, this _____ day of _____, 2018.

Date:
                                         _____
                                         United States Judge
                                         United States District Court
                                         District of Columbia
                                         333 Constitution Avenue, NW
                                         Washington, DC 20001
                                         United States of America

I hereby certify that the signature above is that of the Honorable_____, United States Judge of the United States District Court of the District of Columbia.

_____ Clerk of the Court

By: _____

Deputy Clerk:

Seal:

# Exhibit 2

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In the Matter of<br><br>CERTAIN SUBSEA TELECOMMUNICATION SYSTEMS AND COMPONENTS THEREOF | MISC. ACTION NO. |
| XTERA, INC., NEPTUNE SUBSEA ACQUISITIONS LTD., AND NEPTUNE SUBSEA IP LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>NEC CORPORATION, NEC NETWORKS & SYSTEM INTEGRATION CORPORATION, AND NEC CORPORATION OF AMERICA,<br><br>Defendants. | |

### [PROPOSED] ORDER GRANTING COMPLAINANTS XTERA, INC., NEPTUNE SUBSEA ACQUISITIONS LTD., AND NEPTUNE SUBSEA IP LTD.'S UNOPPOSED MOTION FOR THE COURT TO ISSUE A COMMISSION TO TAKE THE DEPOSITION OF NEC RESPONDENTS AT THE UNITED STATES EMBASSY, TOKYO, JAPAN

Upon consideration of the Unopposed Motion For The Court To Issue a Commission To Take The Deposition of Respondents NEC Corporation, NEC Networks & System Integration Corporation, and NEC Corporation of America (individually or collectively, "NEC"), specifically Yasuhide Yukawa, at the United States Embassy in Tokyo, Japan, submitted by Complainants Xtera, Inc., Neptune Subsea Acquisitions Ltd., and Neptune Subsea IP Ltd., (collectively, "Xtera") in *Certain Subsea Telecommunication Systems and Components Thereof,* Investigation No. 337-TA-1098 before the U.S. International Trade Commission, it is hereby

1

ORDERED that Complainants' unopposed Motion is GRANTED; and it is further ORDERED that a certified Commission will issue of the scope requested by Complainants appointing and authorizing any Consul or Vice Consul of the United States of America in Japan to administer any necessary oaths and to take deposition testimony of NEC at the United States Embassy, Tokyo, Japan, commencing on or about July 6, 2018 at 9:00 a.m.

DATED: _____, 2018        _____
                                     United States District Judge

Copies to:

Timothy W. Riffe
FISH & RICHARDSON P.C.
1000 Maine Ave SW
Suite 1000
Washington, D.C. 20024
Email: Service-NEC-XteraITC@fr.com
*Counsel for Respondent NEC Corporation, NEC Networks & System Integration Corporation, and NEC Corporation of America*

Reginald Lucas
U.S. International Trade Commission
500 E Street SW
Washington, D.C. 20436
Email: Reginald.lucas@usitc.gov
*Investigative Attorney for Office of Unfair Import Investigations*

Adam D. Swain
ALSTON & BIRD LLP
950 F Street, NW
Washington, DC 20004
Email: Nokia-Xtera@alston.com
*Counsel for Nokia Corporation, and Alcatel Submarine Networks*

# Exhibit 3

UNITED STATES INTERNATIONAL TRADE COMMISSION
WASHINGTON, D.C.

Before the Honorable Clark S. Cheney
Administrative Law Judge

In the Matter of

CERTAIN SUBSEA
TELECOMMUNICATION SYSTEMS AND
COMPONENTS THEREOF

Inv. No. 337-TA-1098

### RECOMMENDATION THAT THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA ISSUE A COMMISSION TO TAKE DEPOSITIONS IN JAPAN

Complainants Xtera, Inc., Neptune Subsea Acquisitions, Ltd., and Neptune Subsea IP Ltd. (collectively, "Xtera"), in the above-captioned United States International Trade Commission Investigation, moved for the issuance of a Recommendation that the United States District Court for the District of Columbia issue an Order/Commission appointing and authorizing any Consul or Vice-Consul of the United States of America at the United States Embassy at Tokyo, Japan, to administer any necessary oaths and to take the deposition testimony of volunteering witnesses employed by Respondents NEC Corporation, NEC Networks & System Integration Corporation, and NEC Corporation of America (individually or collectively, "NEC") on or about July 6, 2018.

It is therefore requested that the United States District Court for the District of Columbia issue the attached Order/Commission permitting any Consul or Vice-Consul of the United States to allow for the taking and transcribing of various depositions at the United States Embassy in Tokyo, Japan.

The attached Order/Commission solicits deposition testimony from at least the following individual located in Japan, who will appear voluntarily:

- Yasuhide Yukawa

as well as other fact or corporate representatives of NEC that may be identified, with such depositions to take place on or about July 6, 2018, in the United States Embassy located in Tokyo, Japan. There was no opposition to the motion. The recommended Order/Commission is necessary because Article 17 of the United States-Japan Consular Convention provides that consular officers may

> "(ii) take depositions on behalf of the courts or other judicial tribunals or authorities of the sending state, voluntarily given.
> (iii) administer oaths to any person in the receiving state in accordance with the laws of the sending state and in a manner not inconsistent with the laws of the receiving state."

The Government of Japan has very strictly interpreted this general reference to the authority of consular officers to take depositions. Specifically, Japanese law and practice and the mutually agreed upon interpretation of the United States-Japan Consular Convention concerning obtaining evidence in Japan permit the taking of a deposition on U.S. consular premises of a willing witness for use in a court in the United States only (1) pursuant to a commission to take a deposition issued by a court to any Consul or Vice Consul of the United States at Tokyo, Japan, or (2) on notice, provided that an order issued by a court in the United States specifically authorizes an American consular officer to take the deposition on notice. *See* https://travel.state.gov/content/travel/en/legal-considerations/judicial/country/japan.html.

Furthermore, attorneys and staff participating in these depositions must secure a special deposition visa, and the Japanese government requires a court order before issuing such visas.[1]

The District Court for the District of Columbia has authority to issue a court order and the requested commission pursuant to the All Writs Act, 28 U.S.C. § 1651. There is precedent for a District Court to issue an order and commission in response to an ALJ recommendation. See, e.g., *In re Certain Computers and Computer Peripheral Devices and Components Thereof and Products Containing the Same*, No. 1:12-mc-475 (D.D.C. Sept. 14, 2012), D.I. 2.

In order for the parties to obtain the necessary deposition visas and preserve the deposition room reservation at the Embassy in Tokyo, it is requested that the United States District Court for the District of Columbia issue the attached Order/Commission permitting a Consul or Vice-Consul of the United States to allow for the taking and transcribing of various depositions at the Embassy in Tokyo, Japan. It is further requested that the Court assign a judge and, if needed, schedule a hearing to expedite the filing of this Order/Commission.

It is therefore recommended to the United States District Court for the District of Columbia that an Order/Commission of the scope described above be granted.

**SO ORDERED**

Date: 5/25/2018

Clark S. Cheney
Administrative Law Judge
United States International Trade Commission

---

[1] Orders of Administrative Law Judges are not accepted by the government of Japan for this purpose.